IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS R. CRUZ-COSS,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | CIVIL NO. 25-1397 (GLS) |

**ORDER**

Plaintiff Luis R. Cruz-Coss filed a Complaint seeking review of a final decision of the Commissioner of Social Security ("Commissioner") which denied his application for disability insurance benefits. Docket No. 3.

On October 29, 2025, the Commissioner filed the transcript of the administrative record. Docket No. 13. Plaintiff filed his Memorandum of Law on December 3, 2025. Docket No. 14. On March 4, 2026, the Commissioner requested that the Court remand the case to the Social Security Administration for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Docket No. 20.

The Commissioner's motion is **GRANTED**. Judgment shall be entered remanding the case to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 6th day of March 2026.

                                                       s/Giselle López-Soler
                                                 GISELLE LÓPEZ-SOLER
                                                 United States Magistrate Judge